CV 18-2398 Original

VITALIANO, J.

ORIGINAL

RECEIVED

PRO SE

TISCIONE, M.J.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Sage El, Moor/Xaymaca Americas Original National non-U.S. Citizen

_____
Plaintiff,
[Insert full name of plaintiff/prisoner]

Human RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND of my Peer
YES ✓   NO ____

-against-

Danny Chun  U.S. Citizen     " Diversity of Citizenship
E. Demic    U.S. Citizen/320 Jay St, Bklyn, N.Y. 11201 usa
Dudis       U.S. Citizen/350 Jay St, Bklyn, N.Y. 11201 usa
Baker       U.S. Citizen
Michael Yavinsky U.S. Citizen/120 Schermerhorn St, Bklyn, N.Y. 11201 usa
Perlmutter, U.S. Citizen/120 Schermerhorn Street, Bklyn, N.Y. [11201] usa
Defendant(s).    see attached

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Sage El, Moor/Xaymaca Americas Original National non U.S. Citizen

If you are incarcerated, provide the name of the facility and address:

Brooklyn Detention Complex, 275 Atlantic Ave
Brooklyn New York 11201 usa

Prisoner ID Number: without prejudice 1001800169

See attache (1)
7. Robles, C  U.S. Citizen/120 Schermerhorn st, BKlyn, N.Y. 11201 USA
8. E, Warin,  U.S. Citizen/120 Schermerhorn st, BKlyn, N.Y. 11201 USA
9. K, Espinal  U.S. Citizen/120 Schermerhorn st, BKlyn, N.Y. 11201 USA
10. Melanie, Hammer  U.S. Citizen/120 Schermerhorn st, BKlyn, N.Y. 11201 USA
11. Rodriguez d/b/a 71 Precinct NYPD  U.S. Citizen
12. Hamanjian  U.S. Citizen/120 Schermerhorn st, BKlyn, N.Y. 11201 USA
13. Darran D, Winslow  U.S. Citizen/120 Schermerhorn st, BKlyn, N.Y. 11201
14. UCO Agency
15. A, Borrok  U.S. Citizen/120 Schermerhorn st, BKlyn, N.Y. 11201 USA
16. Mcallister, Lj  U.S. Citizen/120 Schermerhorn st, BKlyn, N.Y. 11201
17. D.O.C standard specialist badge #226
18. 6059 badge # d/b/a C.O.  U.S. Citizen/275 Atlantic Ave, BKlyn, N.Y. 1120
19. Suarez 2389 d/b/a C.O.  U.S. Citizen/275 Atlantic Ave, BKlyn, N.Y. 1120
20. Blair d/b/a DOC Deputy  U.S. Citizen/275 Atlantic Ave, BKlyn, N.Y. 11201
21. Huang tax ID#367 d/b/a Capt D.O.C.  U.S. Citizen  "   "
22. Carolina d/b/a Capt DOC  U.S. Citizen  "   "
23. Salley tax I.D. #1820 d/b/a Capt DOC  U.S. Citizen  "   "
24. Shanon tax 289 d/b/a Capt D.O.C  U.S. Citizen  "   "
25. Mr. Brown d/b/a D.O.C Grevance  "   "
26. Mulgrave d/b/a D.O.C Capt  U.S. Citizen  "   "
27. Joseph Fucito d/b/a Kings County Sheriff/210 Joralemon st rm 909 BK, 11201
28. Eric T. Scheiderma d/b/a N.Y.S. Attorney General
29. Andrew Cuomo d/b/a N.Y.S Governor/Capitol Building, Albany N.Y. 12229
30. Janet DiFiore d/b/a NYS Chief Judge/20 Eagle st, Albany N.Y. 12207 USA
Eric Gonzalez d/b/a Kings County D.A./350 Jay st, BKlyn, N.Y. 11201 U.S. Citizen

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 30

**Full Name** McNish d/b/a D.O.C  U.S. Citizen

**Job Title** C.O. #15289

**Address** 275 Atlantic Ave Brooklyn, N.Y. 11201 USA

Defendant No. 34

**Full Name** Bill Deblasio /  U.S. Citizen

**Job Title** Mayor of the City of New York

**Address** 1 City Hall, N.Y., N.Y. 10007 USA

Defendant No. 35

**Full Name** Mellisa, Mathews/ U.S. Citizen

**Job Title** Warden for B.K.D.C.

275 Atlantic Ave, Brooklyn, New York 11201 u

2

Time Cook d/b/a CEO / U.S. Citizen
Apple Headquarters
1 Infinite Loop Cupertino, CA. 95041
**Address** USA

**Defendant No. 36**
Cynthia Brann
**Full Name**
Cynthia Brann / U.S. Citizen
**Job Title**
Commissioner for D.O.C
75-20 Astoria Blvd, East Elmhurst
**Address** N.Y. 11370

**Defendant No. 37**
Mark Zuckerberg / U.S. Citizen
**Full Name**
Facebook Headquarters
**Job Title**
1 Hacker Way Menlo Park, CA 94025
**Address**

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Clarindon ave between Nostrand & East 29 Street Brooklyn, New York USA

When did the events happen? (include approximate time and date) It was approximate 10 pm. March 27, 2018

3

**Facts: (what happened?)** My facebook page was hacked by NYPD & Brooklyn South unconstitutional Warrant Squad. They send fake texts, calling my phone and breach my IPhone privacy contract to track my location. I was in a parking spot on Clarindon ave between Nostrand and East 29th street Brooklyn, New York USA. When 5-7 men in full black jumped out and start pulling on my auto mobile door yelling Kevin Anderson get out with guns drawn out pointing at the driver side window forcing me out of my auto mobile. They never identify themself nor have any name tag on there clothes. After forcing me out I was kicked in my right knee, Punched in my left shoulder, pushed face down on the street with 2 of the men knee on my back. I was in fear of my life calling out for help to the public to record whats happening to me. The wrongdoer with his knee close to my neck started to bend my arms behind my back forcing cuffs extremely tight. The wrongdoer then forced me in there unmarked van. Three of them took me to the 67th precinct for appoximatly 5-10 min then unlawfully searched me, then they found my Native American Binay Washitaw I.D card plus $363 with all my bank Card with my Name Sage El. see attached (2)

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My right knee was paining me very much and I was limping, couldnt walk. My left shoulder was hurting very much and both wrists cut and bleeding. On arrival I request for a wheel chair and I need to see the head physician. When he appear he was very defencive about helping me because he ask me my name and I told him Sage El and not the names they gave him on that fake warrant.

4

attached (2)

The wrongdoers then show me a picture say they have a warrant under Winston, Hall aka Kevin Anderson which I denied and I ask them for the affidavit in support for that fake warrant they didn't have none. I made a judicial request for them to take me to see a Article 3 Judge immediately and to take me to a Hospital.

The wrongdoers then took me to the 78 precinct to pick up another one of there Capt. who told them to take me to New York Presbyterian Hospital.

After the Hospital the wrongdoers took me to D.O.C custody without being arraind by a Judge and that was a violation to my due process of my 6th Amendment rights. I was then forced to change off my regular clothes and told that I have to be process in there system before I can make a call to my family. The tax ID of the D.O.C agent who process me under a fictious name was 6059.

On March 29, 2018, I was then taken to 320 Jay St Supreme Criminal Court for a Charg I was found not guilty on Sep 18, 2017. Danny Chun and Baker both talked about remanding me Sage & in open Court before I went in, said my trustee that was present in the audiance in the Court. Baker who is a high profile ex district attorney who was assigned to represent me began to talk when I enter the Courtroom. I say I Object Trinsey vs Pagliaro Council in brief or in oral argument is insuficent for summary judgm Then Danny Chun testified on the record lets give him a 730 remand, I Objec on the record then ask him about the Quo Warranto I send to him usps registe mail. He never answerd, then the court military took me away back to D.O.C custody without bail. untill April 18, 2018.

He then looked at me without exhaming my injuries and tell the 2 wrongdoers "he look ok", I then yelled im in pain please exhaming my injuries. He didnt respond and told them to take me away with them.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

The relief Im seeking is my constitutional guarantee: Inalienable protected rights and immunity with treble damage in the amount of one hundred and fifty million in silver dollar ($150,000,000 U.S. silver dollar)

I declare under penalty of perjury that on **04-13-2018**, I delivered this complaint to prison authorities at **Brookly House Detention** (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct. without the U.S.

Dated: **04-13-2018**

Signature of Plaintiff: **Sage El all right reserved, droit, droit**

New York State
County of Kings
Notary *Antonio Frazier*

ANTONIO MIGUEL FRAZIER
Commissioner of Deeds
No. 2-13375
Qualified in Kings County
Commission Expires May 1, 2020
4/13/18

Name of Prison Facility or Address if not incarcerated: **Brooklyn Detention Complex**

Address: **275 Atlantic Ave Brooklyn, N.Y. 11203 USA**

Prisoner ID#: **with prejudice 1001800169**

rev. 12/1/2015

5